# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **MARDOQUEO SANCHEZ**, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CASE NO: 4:21-CV-01418** |
| | § | |
| **WOODVILLE PELLETS, LLC,** | § | |
| Defendant. | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, Plaintiff Mardoqueo Sanchez and Defendant Woodville Pellets, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, with each party to bear its/his own attorney's fees and costs.

**Dated:** July 18, 2022

*/s/Stephen Rollins*
Stephen Rollins
E-mail: Stephen.rollins@coane.com
Texas Bar No. 24123112
S.D. Texas No. 3678193
Bruce A. Coane
E-mail: Bruce.coane@gmail.com
Texas Bar No. 04423600
S.D. Texas No. 7205
5177 Richmond Avenue, Suite 770
Houston, Texas 77056
Telephone: (713) 850-0066
Facsimile: (832) 558-1780
**ATTORNEYS FOR PLAINTIFF**

*/s/Timothy A. Rybacki*
Timothy A. Rybacki (Attorney-in-Charge)
Texas State Bar No. 24056248 S.D.
Tex. No. 718501
trybacki@littler.com
**LITTLER MENDELSON, P.C. 1301**
McKinney Street, Suite 1900
Houston, Texas 77010
713.652.4734 (Telephone)
713.951.9212 (Facsimile)
**ATTORNEYS FOR DEFENDANT**